PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-po-00149-CDB |
|---|---|
| Plaintiff, | [Citation #E1200564 CA/71] |
| v. | |
| JINCHENG HU | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00149-CDB [Citation #E1200564 CA/71] against JINCHENG HU, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 27, 2022                    Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                 United States Attorney

                                       By:     /s/ *Jeffrey A. Spivak*
                                                     JEFFREY A. SPIVAK
                                                     Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00149-CDB [Citation #E1200564 CA/71] against JINCHENG HU be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __October 27, 2022__

_____
UNITED STATES MAGISTRATE JUDGE